HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
Alfonso Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:04-CR-5253 LJO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| | ) | |
| v. | ) | |
| | ) | |
| ALFONSO GONZALEZ, | ) | Date:   August 6, 2014 |
| | ) | Time:  1:30 p.m. |
| *Defendant.* | ) | Judge: Hon. Barbara A. McAuliffe |

      **IT IS HEREBY STIPULATED** by and between the parties hereto through their

respective counsel, LAUREL J. MONTOYA, Assistant United States Attorney, counsel for

plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Alfonso

Gonzalez, that the date for status conference in this matter may be continued to August 6, 2014,

or the soonest date thereafter that is convenient to the court.  **The date currently set for status**

**conference is July 30, 2014.  The requested new date is August 6, 2014.**

      Mr. Gonzalez is charged with violating his conditions of supervised release. The parties

are close to an agreement on a resolution, but need to confer with Gonzalez's supervising

probation officer, who is out of the office.  It is requested that the status conference be continued

to allow the parties' negotiations to be completed.

///

///

1         The parties agree that the delay resulting from the continuance shall be excluded as

2    necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3    For this reason, the ends of justice served by the granting of the requested continuance outweigh

4    the interests of the public and the defendant in a speedy trial.

5

6                                      Respectfully submitted,

7                                      BENJAMIN B. WAGNER
                                       United States Attorney

8

9    DATED:  July 29, 2014                By: /s/ *Laurel J. Montoya*
                                         LAUREL J. MONTOYA
10                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

11

12                                     HEATHER E. WILLIAMS
                                         Federal Defender

13

14   DATED: July 29, 2014                By: /s/ *Eric V. Kersten*
                                         ERIC V. KERSTEN
15                                     Assistant Federal Defender
                                       Attorneys for Defendant
16                                     Alfonso Gonzalez

17

18

19                                   **ORDER**

20        **IT IS SO ORDERED**. The intervening period of delay is excluded in the interests of

21   justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The 6th Status Conference re

22   Violation of Supervision is continued from July 30, 2014 at 1:30 p.m. before Judge McAuliffe to

23   Wednesday, August 6, 2014 at 1:30 p.m. before Judge Austin, so that defense counsel can confer

24   with Probation officer who is out of the office.

25   IT IS SO ORDERED.

26      Dated:  __July 29, 2014__               _/s/ Barbara A. McAuliffe_

27                                     UNITED STATES MAGISTRATE JUDGE

28